IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Constantin Rusu,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Katrina S. Kane, et al.,<br><br>　　　　Respondents. | No. CV-11-162-PHX-ROS<br><br>**ORDER** |

On June 3, 2011, Magistrate Judge Jay R. Irwin filed a Report and Recommendation recommending the petition be dismissed as moot. (Doc. 22). No objections were filed and the Court will adopt the Magistrate Judge's recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 22) is **ADOPTED**. The Motion to Withdraw (Doc. 14) is **GRANTED** and this case is **DISMISSED**. The Clerk shall close the case.

Dated this 28th day of June, 2011.

_____
Roslyn O. Silver
Chief United States District Judge